## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **DAVEAIR, LLC.,** | **CASE NO. 24-1336** |
| *Plaintiff,* | **JUDGE JERRY EDWARDS, JR.** |
| *v.* | **MAGISTRATE JUDGE KAYLA D. McCLUSKY** |
| **THE CITY OF MONROE, ET AL.,** | |
| *Defendants.* | |

## AVFLIGHT MONROE CORPORATION'S
## ANSWER AND AFFIRMATIVE DEFENSES

Defendant Avflight Monroe Corporation ("***Avflight***") submits this Answer and Affirmative Defenses in response to the Amended Complaint (Rec. Doc. 38) filed by Plaintiff DaveAir, LLC ("***DaveAir***").  In response to the specific allegations, Avflight answers as follows:

### PARTIES

1.  Paragraph 1 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 1 of the Amended Complaint are denied for lack of information sufficient to justify a belief therein.

2.  Paragraph 2 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 2 of the Amended Complaint are denied for lack of information sufficient to justify a belief therein.

3.  Avflight admits that it is a Louisiana corporation with its principal place of business in Monroe, Louisiana.  Avflight admits that it is a subsidiary of Avflight Corporation. Avflight

1

further admits that, currently, it is the only Fixed Base Operator at Monroe Regional Airport ("*MLU*"), but to the extent this allegation attempts to place liability on Avflight, it is denied.

4.   Paragraph 4 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 4 of the Amended Complaint are denied for lack of information sufficient to justify a belief therein.

## JURISDICTION AND VENUE

5.   The allegations in Paragraph 5 assert legal conclusions that do not require a response.  To the extent a response is deemed required, those allegations are denied for lack of sufficient evidence to justify a belief therein.

6.   The allegations in Paragraph 6 assert legal conclusions that do not require a response.  To the extent a response is deemed required, those allegations are denied for lack of sufficient evidence to justify a belief therein.

## FACTS

7.   Paragraph 7 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 7 of the Amended Complaint are denied for lack of information sufficient to justify a belief therein.

8.   Paragraph 8 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 8 of the Amended Complaint are denied for lack of information sufficient to justify a belief therein.

9. Paragraph 9 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 9 of the Amended Complaint are denied for lack of information sufficient to justify a belief therein.

10. Paragraph 10 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 10 of the Amended Complaint are denied for lack of information sufficient to justify a belief therein.

11. Admitted. To the extent this allegation attempts to place liability on Avflight, it is denied.

12. Admitted. To the extent this allegation attempts to place liability on Avflight, it is denied.

13. Avflight denies as written the allegation that it and Avfuel are "sister companies."  The remaining allegations in Paragraph 13 of the Amended Complaint are admitted.

14. The allegations in Paragraph 14 of the Amended Complaint are denied as written.

15. Paragraph 15 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 15 of the Amended Complaint are denied for lack of information sufficient to justify a belief therein.

16. Paragraph 16 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 16 of the Amended Complaint are denied for lack of information sufficient to justify a belief therein.

17. Paragraph 17 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 17 of

the Amended Complaint are denied for lack of information sufficient to justify a belief therein.

18. Paragraph 18 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 18 of the Amended Complaint are denied for lack of information sufficient to justify a belief therein.

19. Paragraph 19 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 19 of the Amended Complaint are denied for lack of information sufficient to justify a belief therein.

20. Paragraph 20 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 20 of the Amended Complaint are denied for lack of information sufficient to justify a belief therein.

21. Paragraph 21 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 21 of the Amended Complaint are denied as written. The referenced "2014 Minimum Standards" are the best evidence of their contents. All other allegations in Paragraph 21 are denied for lack of information sufficient to justify a belief therein.

22. Paragraph 22 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 21 of the Amended Complaint are denied as written. The referenced "2014 Minimum Standards" are the best evidence of their contents.

23. Paragraph 23 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 21 of the Amended Complaint are denied as written. The referenced "2014 Minimum Standards" are the best evidence of their contents.

24. To the extent the allegations in Paragraph 24 do not relate to Avflight, they do not require a response. To the extent a response is deemed required and to the extent the allegations relate to Avflight, Avflight admits that it has communicated with Mr. McGee, but denies the remaining allegations as stated.

25. The allegations in Paragraph 25 of the Amended Complaint are denied as stated. Avflight expressly denies that any increase in fuel price to DaveAir was related to DaveAir's desire to sell fuel at the MLU. Avflight expressly denies that any increase in fuel price to DaveAir was related to DaveAir's desire to sell fuel at the MLU.

26. Paragraph 26 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 26 of the Amended Complaint are denied for lack of information sufficient to justify a belief therein.

27. Paragraph 27 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 27 of the Amended Complaint are denied as stated. The referenced "2019 Part 13 Complaint" is the best evidence of its contents.

28. Paragraph 28 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 28

of the Amended Complaint are denied for lack of information sufficient to justify a belief therein.

29. Paragraph 29 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 29 of the Amended Complaint are denied as stated. The referenced October 2019 fuel permit to DaveAir is the best evidence of its contents. All other allegations in Paragraph 29 of the Amended Complaint are denied for lack of information sufficient to justify a belief therein.

30. Paragraph 30 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 30 of the Amended Complaint are denied as stated. The referenced Resolution No. 7570 is the best evidence of its contents.

31. Paragraph 31 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 31 of the Amended Complaint are denied as stated. The referenced Resolution No. 7570 is the best evidence of its contents. All other allegations in Paragraph 31 of the Amended Complaint are denied for lack of information sufficient to justify a belief therein.

32. A response is not required because these allegations are not actionable under the *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, all other allegations in Paragraph 32 are denied as stated.

33. Avflight admits that it communicated with other operators at MLU, but denies Plaintiff's characterizations of those communications, and to the extent this allegation attempts to place liability on Avflight, it is denied as written.

34. The allegations in Paragraph 34 of the Amended Complaint are denied as written. Any "exclusive fuel seller agreements" are the best evidence of their contents. All other allegations in Paragraph 34 are denied. To the extent Paragraph 34 of the Amended Complaint asserts a legal conclusion, those allegations do not require a response. To the extent a response is deemed required, those allegations are denied.

35. A response is not required because the allegations in Paragraph 35 concern causes of action the District Court has dismissed under the *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28.

36. A response is not required because the allegations in Paragraph 35 concern causes of action the District Court has dismissed under the *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. Allegations pertaining to Monroe's actions or inactions are denied for lack of information sufficient to justify a belief therein.

37. The allegations pertaining to Avflight in Paragraph 37 are denied as written. Avflight maintains that it previously had various fuel permits, but after approximately March of 2023, Monroe did not require Avflight to renew its fueling permit. All other allegations pertaining to Monroe's actions or inactions are denied for lack of information sufficient to justify a belief therein.

38. To the extent Paragraph 38 of the Amended Complaint does not relate to Avflight, it does not require a response. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 38 of the Amended Complaint are denied as stated. The referenced FAA communication is the best evidence of its contents.

39. Paragraph 39 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 39 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

40. Paragraph 40 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 40 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

41. Paragraph 41 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 41 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

42. Paragraph 42 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 42 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

43. Paragraph 43 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 42 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

44. Paragraph 44 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 44

of the Amended Complaint are denied as stated. The reference supplement to the "2019 Part 13 Complaint" is the best evidence of its contents.

45. Paragraph 45 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 45 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

46. The allegations in Paragraph 46 of the Amended Complaint are denied as stated. The referenced "2016 AvFlight Lease" is the best evidence of its contents.

47. The allegations in Paragraph 47 of the Amended Complaint are denied as stated. The referenced "2016 AvFlight Lease" is the best evidence of its contents.

48. The allegations in Paragraph 48 of the Amended Complaint are denied as stated. The referenced "2016 AvFlight Lease" is the best evidence of its contents.

49. To the extent Paragraph 49 of the Amended Complaint does not relate to Avflight, it does not require a response. Further, a response is not required because the allegations in Paragraph 49 concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 49 of the Amended Complaint are denied as stated.

50. Paragraph 50 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 50 of the Amended Complaint are denied as stated. The referenced "evaluation of DaveAir's 2019 Part 13 Complaint" is the best evidence of its contents.

51. Paragraph 51 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 51 of the Amended Complaint are denied as stated.  The referenced "evaluation of DaveAir's 2019 Part 13 Complaint" is the best evidence of its contents.

52. Paragraph 52 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 52 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

53. Paragraph 53 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 53 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

54. Paragraph 54 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 54 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

55. Paragraph 55 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 55 of the Amended Complaint are denied as stated.  The referenced "evaluation of DaveAir's 2019 Part 13 Complaint" is the best evidence of its contents.

56. Paragraph 56 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 56 of

the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

57. A response is not required because the allegations in Paragraph 57 concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required, the allegations in Paragraph 57 of the Amended Complaint are denied as stated.

58.  Paragraph 58 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 58 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

59. A response is not required because the allegations in Paragraph 59 concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required, the allegations in Paragraph 59 of the Amended Complaint are denied as stated.

60. A response is not required because the allegations in Paragraph 60 concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 60 of the Amended Complaint are denied as stated.

61. A response is not required because the allegations in Paragraph 61 concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 61 of the Amended Complaint are denied as stated.

62. A response is not required because the allegations in Paragraph 62 concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 62 of the Amended Complaint are denied as stated.

63. A response is not required because the allegations in Paragraph 63 concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required, the allegations in Paragraph 63 of the Amended Complaint are denied as stated.

64. A response is not required because the allegations in Paragraph 64 concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required, the allegations in Paragraph 64 of the Amended Complaint are denied as stated.  Avflight expressly denies that it took any anti-competitive actions as it relates to DaveAir.

65. Paragraph 65 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 65 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

66. A response is not required because the allegations in Paragraph 66 concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required, the allegations in Paragraph 66 of the Amended Complaint are denied as stated.

67. A response is not required because the allegations in Paragraph 67 concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at

27-28. To the extent a response is deemed required, the allegations in Paragraph 67 of the Amended Complaint are denied as stated.

68. Paragraph 68 of the Amended Complaint does not relate to Avflight and does not require a response. Further, a response is not required because the allegations in Paragraph 68 concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 68 of the Amended Complaint are denied as stated.

69. To the extent Paragraph 69 of the Amended Complaint does not relate to Avflight, it does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 69 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.  To the extent Paragraph 69 of the Amended Complaint relates to Avflight, those allegations are denied as stated.

70. Paragraph 70 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 70 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

71. Paragraph 71 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 71 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

72. Paragraph 72 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 72

of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

73. Paragraph 73 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 73 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

74. Paragraph 74 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 74 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

75. To the extent the allegations in Paragraph 75 relate to Avflight, a response is not required because the allegations in Paragraph 75 concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 75 of the Amended Complaint are denied as stated. The written communications referenced are the best evidence of their contents.  To the extent the allegations do not relate to Avflight, they are denied for lack of information sufficient to justify a belief therein.

76. Paragraph 76 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 76 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

77. Paragraph 77 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 77 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

78. Paragraph 78 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 78 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

79. Paragraph 79 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 79 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

80. Paragraph 80 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 80 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

81. Paragraph 81 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 81 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

82. To the extent the allegations in Paragraph 82 relate to Avflight, a response is not required because the allegations in Paragraph 82 concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a

response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 82 of the Amended Complaint are denied as stated. The FAA's written communications referenced are the best evidence of their contents. To the extent the allegations do not relate to Avflight, they are denied for lack of information sufficient to justify a belief therein.

83. Paragraph 83 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 83 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

84. To the extent Paragraph 84 of the Amended Complaint does not relate to Avflight, it does not require a response. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 84 of the Amended Complaint are denied as stated.

85. Paragraph 85 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 85 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

86. To the extent Paragraph 86 of the Amended Complaint does not relate to Avflight, it does not require a response. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 86 of the Amended Complaint are denied as stated.

87. To the extent the allegations in Paragraph 87 relate to Avflight, a response is not required because the allegations in Paragraph 87 concern causes of action the District Court has

dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 87 of the Amended Complaint are denied as stated.

88. To the extent the allegations in Paragraph 88 relate to Avflight, a response is not required because the allegations in Paragraph 88 concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 88 of the Amended Complaint are denied as stated.

89. To the extent the allegations in Paragraph 89 relate to Avflight, a response is not required because the allegations in Paragraph 89 concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 89 of the Amended Complaint are denied as stated.

90. Paragraph 90 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 90 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

91. Paragraph 91 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 91 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

92. To the extent Paragraph 92 of the Amended Complaint does not relate to Avflight, it does not require a response.  To the extent a response is deemed required and to the extent the

allegations relate to Avflight, the allegations in Paragraph 92 of the Amended Complaint are denied as stated.

93. To the extent Paragraph 93 of the Amended Complaint does not relate to Avflight, it does not require a response. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 93 of the Amended Complaint are denied as stated. Avflight expressly denies any anticompetitive activity with respect to DaveAir.

94. Paragraph 94 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 94 of the Amended Complaint are denied as stated.

95. Paragraph 95 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 95 of the Amended Complaint are denied as stated. The referenced "2022 Minimum Standards" are the best evidence of their content.

96. Paragraph 96 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 96 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

97. Paragraph 97 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 97 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

98. Paragraph 98 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 98 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

99. Paragraph 99 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 99 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

100. Paragraph 100 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 100 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

101. Paragraph 101 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 101 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

102. Paragraph 102 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 102 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

103. To the extent Paragraph 103 of the Amended Complaint does not relate to Avflight, it does not require a response. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 103 of the Amended

Complaint are denied as stated. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

104. Paragraph 104 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 104 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

105. Paragraph 105 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 105 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

106. Paragraph 106 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 106 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

107. Paragraph 107 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 107 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

108. Paragraph 108 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 108 of the Amended Complaint, including all subparts, are denied for lack of sufficient information to justify a belief therein. The Avflight Lease and the DaveAir 2023 Draft Lease referenced are the best evidence of their contents.

109. Paragraph 109 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 109 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

110. Paragraph 110 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 110 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

111. Paragraph 111 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 111 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

112. Paragraph 112 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 112 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein. To the extent Paragraph 112 asserts legal conclusions, those allegations do not require a response. If a response is deemed required, those allegations are denied.

113. Paragraph 113 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 113 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

114. Paragraph 114 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 114

of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

115. Paragraph 115 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 115 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

116. Paragraph 116 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 116 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

117. Paragraph 117 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 117 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein. The referenced written communications from the FAA are the best evidence of their contents.

118. Paragraph 118 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 118 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

119. Paragraph 119 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 119 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

120. Paragraph 120 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 120 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

121. To the extent Paragraph 121 of the Amended Complaint does not relate to Avflight, it does not require a response.  To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 121 of the Amended Complaint are denied as stated.

122. To the extent the allegations in Paragraph 122 relate to Avflight, a response is not required because the allegations in Paragraph 122 concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 122 of the Amended Complaint, including all subparts, are denied as stated. The referenced "land swap agreement" is the best evidence of its contents.  To the extent the allegations do not relate to Avflight, they are denied for lack of information sufficient to justify a belief therein.

123. Paragraph 123 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 123 of the Amended Complaint are denied.

124. To the extent the allegations in Paragraph 124 relate to Avflight, a response is not required because the allegations in Paragraph 124 concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the

allegations in Paragraph 124 of the Amended Complaint are denied as stated. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

125. To the extent Paragraph 125 of the Amended Complaint does not relate to Avflight, it does not require a response. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 125 of the Amended Complaint are denied as stated. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

126. To the extent Paragraph 126 of the Amended Complaint does not relate to Avflight, it does not require a response. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 126 of the Amended Complaint are denied as stated.

127. To the extent the allegations in Paragraph 127 relate to Avflight, a response is not required because the allegations in Paragraph 127 concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 127 of the Amended Complaint are denied as stated. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

128. To the extent the allegations in Paragraph 128 relate to Avflight, a response is not required because the allegations in Paragraph 128 concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 128 of the Amended Complaint are denied as stated. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

129. To the extent the allegations in Paragraph 129 relate to Avflight, a response is not required because the allegations in Paragraph 129 concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 129 of the Amended Complaint are denied as stated.

130. To the extent Paragraph 130 of the Amended Complaint does not relate to Avflight, it does not require a response. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 130 of the Amended Complaint are denied as stated. The referenced "2024 AvFlight Lease Amendment" is the best evidence of its contents.

131. To the extent Paragraph 131 of the Amended Complaint does not relate to Avflight, it does not require a response. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 131 of the Amended Complaint are denied.

132. Paragraph 132 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 132 of the Amended Complaint are denied as stated. The "2024 AvFlight Lease Amendment" and related FAA written communications referenced are the best evidence of their contents.

133. Paragraph 133 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 133 of the Amended Complaint are denied as stated.

134. Admitted that Avflight remains the sole aircraft fuel vendor at MLU. To the extent the remaining allegations in Paragraph 134 of the Amended Complaint do not relate to Avflight, they do not require a response. To the extent a response is deemed required and to the extent the remaining allegations relate to Avflight, the allegations in Paragraph 134 of the Amended Complaint are denied as stated.

135. Paragraph 135 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 135 of the Amended Complaint are denied for lack of sufficient information to justify a belief therein.

136. To the extent the allegations in Paragraph 136 do not relate to Avflight, a response is not required. Further, a response is not required because the allegations in Paragraph 136 concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 136 of the Amended Complaint are denied as stated.

137. The allegations in Paragraph 137 of the Amended Complaint are denied as stated.

138. Paragraph 138 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 138 of the Amended Complaint are denied.

139. Paragraph 139 of the Amended Complaint does not relate to Avflight and does not require a response. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 139 of the Amended Complaint are denied.

140. Paragraph 140 of the Amended Complaint does not relate to Avflight and does not require a response.  To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 140 of the Amended Complaint are denied.

141. The allegations in Paragraph 141 of the Amended Complaint are denied as stated.

142. To the extent the allegations in Paragraph 142 do not relate to Avflight, a response is not required. Further, a response is not required because the allegations in Paragraph 142 concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 142 of the Amended Complaint are denied as stated. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

143. To the extent the allegations in Paragraph 143 do not relate to Avflight, a response is not required. Further, a response is not required because the allegations in Paragraph 143 concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 143 of the Amended Complaint are denied as stated. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

144. To the extent the allegations in Paragraph 144 do not relate to Avflight, a response is not required. Further, a response is not required because the allegations in Paragraph 144 concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 144 of the

Amended Complaint are denied as stated. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

145. To the extent the allegations in Paragraph 145 do not relate to Avflight, a response is not required. Further, a response is not required because the allegations in Paragraph 145 concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 145, including all subparts, of the Amended Complaint are denied as stated. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

146. To the extent the allegations in Paragraph 146 do not relate to Avflight, a response is not required. Further, a response is not required because the allegations in Paragraph 146 concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 146 of the Amended Complaint are denied as stated. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

## CAUSES OF ACTION

## COUNT ONE

## VIOLATION OF SECTION 2 OF THE SHERMAN ACT, 15 U.S.C. § 2

### (Monopolization and Conspiracy to Monopolize)

## AGAINST MONROE FOR INJUNCTIVE AND DECLARATORY RELIEF

## AND AVFLIGHT AND AVFUEL FOR DAMAGES

147. Paragraph 147 of the Amended Complaint realleges and incorporates by reference the preceding allegations of the Amended Complaint.  To the extent a response is deemed required, Avflight realleges and incorporates by reference the preceding responses to Plaintiff's Amended Complaint as if reproduced herein *in extenso*.

148. Paragraph 148 of the Amended Complaint asserts a legal conclusion and does not relate to Avflight, so a response is not required.  To the extent a response is deemed required, the allegations in Paragraph 148 are denied.

149. Paragraph 149 of the Amended Complaint asserts a legal conclusion and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 149 are denied as stated.

150. A response is not required because the allegations in Paragraph 150 assert legal conclusions.  To the extent a response is deemed required and to the extent the allegations relate to Avflight, Avflight admits it is engaged in interstate commerce.  All other allegations in Paragraph 150 are denied for lack of sufficient information to justify a belief therein.

151. To the extent the allegations in Paragraph 151 do not relate to Avflight, a response is not required. Further, a response is not required because the allegations in Paragraph 151 concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 151 of the Amended Complaint are denied as stated. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

152. To the extent the allegations in Paragraph 152 do not relate to Avflight, a response is not required. Further, a response is not required because the allegations in Paragraph 152 state legal conclusions, and concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 152 of the Amended Complaint are denied as stated. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

153. To the extent Paragraph 153 of the Amended Complaint does not relate to Avflight, it does not require a response.  To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 153 are denied.

154. To the extent the allegations in Paragraph 154 do not relate to Avflight, a response is not required. Further, a response is not required because the allegations in Paragraph 154 state legal conclusions, and concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 154 of the Amended Complaint are denied. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

155. To the extent Paragraph 155 of the Amended Complaint does not relate to Avflight, it does not require a response.  To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 155 are denied.

156. To the extent the allegations in Paragraph 156 do not relate to Avflight, a response is not required. Further, a response is not required because the allegations in Paragraph 156 state legal conclusions, and concern causes of action the District Court has dismissed under

*Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 156 of the Amended Complaint are denied. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

157. To the extent the allegations in Paragraph 157 do not relate to Avflight, a response is not required. Further, a response is not required because the allegations in Paragraph 157 state legal conclusions, and concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 157, including all subparts, of the Amended Complaint are denied. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

158. To the extent the allegations in Paragraph 158 do not relate to Avflight, a response is not required. Further, a response is not required because the allegations in Paragraph 158 state legal conclusions, and concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 158 of the Amended Complaint are denied. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

159. To the extent the allegations in Paragraph 159 do not relate to Avflight, a response is not required. Further, a response is not required because the allegations in Paragraph 159 state legal conclusions, and concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in

Paragraph 159 of the Amended Complaint, including all subparts, are denied. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

160. To the extent the allegations in Paragraph 160 do not relate to Avflight, a response is not required. Further, a response is not required because the allegations in Paragraph 160 state legal conclusions, and concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 160 of the Amended Complaint are denied. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

161. To the extent Paragraph 161 of the Amended Complaint does not relate to Avflight, it does not require a response. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 161 are denied.

162. To the extent the allegations in Paragraph 162 do not relate to Avflight, a response is not required. Further, a response is not required because the allegations in Paragraph 162 state legal conclusions, and concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 162 of the Amended Complaint are denied. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

163. To the extent the allegations in Paragraph 163 do not relate to Avflight, a response is not required. Further, a response is not required because the allegations in Paragraph 163 state legal conclusions, and concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is

deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 163 of the Amended Complaint are denied. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

164. To the extent the allegations in Paragraph 164 do not relate to Avflight, a response is not required. Further, a response is not required because the allegations in Paragraph 164 state legal conclusions, and concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 164 of the Amended Complaint are denied. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

165. To the extent the allegations in Paragraph 165 do not relate to Avflight, a response is not required. Further, a response is not required because the allegations in Paragraph 165 state legal conclusions, and concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 165 of the Amended Complaint are denied. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

166. To the extent the allegations in Paragraph 166 do not relate to Avflight, a response is not required. Further, a response is not required because the allegations in Paragraph 166 state legal conclusions, and concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in

Paragraph 166 of the Amended Complaint are denied. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

**COUNT TWO**

**VIOLATION OF SECTION 2 OF THE SHERMAN ACT, 15 U.S.C. § 2**

**(Attempted Monopolization)**

**AGAINST MONROE FOR INJUNCTIVE AND DECLARATORY RELIEF**

**AND AVFLIGHT AND AVFUEL FOR DAMAGES**

167. Paragraph 167 of the Amended Complaint realleges and incorporates by reference the preceding allegations of the Amended Complaint. To the extent a response is deemed required, Avflight realleges and incorporates by reference the preceding responses to Plaintiff's Amended Complaint as if reproduced herein *in extenso*.

168. Paragraph 168 of the Amended Complaint asserts a legal conclusion and does not relate to Avflight, so a response is not required. To the extent a response is deemed required, the allegations in Paragraph 168 are denied.

169. Paragraph 169 of the Amended Complaint asserts a legal conclusion and does not require a response. To the extent a response is deemed required, the allegations in Paragraph 169 are denied as stated.

170. A response is not required because the allegations in Paragraph 170 assert legal conclusions. To the extent a response is deemed required and to the extent the allegations relate to Avflight, Avflight admits it is engaged in interstate commerce. All other allegations in Paragraph 170 are denied for lack of sufficient information to justify a belief therein.

171. Admitted that Avflight is currently the sole fuel provider at MLU, and that Avfuel is currently the sole fuel provider for Avflight. A response is not required for the remaining allegations in Paragraph 171 of the Amended Complaint because they assert legal conclusions. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations are denied as stated.

172. To the extent the allegations in Paragraph 172 do not relate to Avflight, a response is not required. Further, a response is not required because the allegations in Paragraph 172 state legal conclusions, and concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 172 of the Amended Complaint are denied. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

173. To the extent the allegations in Paragraph 173 do not relate to Avflight, a response is not required. Further, a response is not required because the allegations in Paragraph 173 state legal conclusions, and concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 173 of the Amended Complaint are denied. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

174. To the extent Paragraph 174 of the Amended Complaint does not relate to Avflight, it does not require a response. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 174 are denied.

175. To the extent the allegations in Paragraph 175 do not relate to Avflight, a response is not required. Further, a response is not required because the allegations in Paragraph 175 state legal conclusions, and concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 175 of the Amended Complaint are denied. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

176. To the extent the allegations in Paragraph 176 do not relate to Avflight, a response is not required. Further, a response is not required because the allegations in Paragraph 176 state legal conclusions, and concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 176 of the Amended Complaint, including all subparts, are denied. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

177. To the extent the allegations in Paragraph 177 do not relate to Avflight, a response is not required. Further, a response is not required because the allegations in Paragraph 177 state legal conclusions, and concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 177 of the Amended Complaint are denied. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

178. To the extent the allegations in Paragraph 178 do not relate to Avflight, a response is not required. Further, a response is not required because the allegations in Paragraph 178 state

legal conclusions, and concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 178 of the Amended Complaint, including all subparts, are denied. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

179. To the extent the allegations in Paragraph 179 do not relate to Avflight, a response is not required. Further, a response is not required because the allegations in Paragraph 179 state legal conclusions, and concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 179 of the Amended Complaint are denied. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

180. To the extent Paragraph 180 of the Amended Complaint does not relate to Avflight, it does not require a response.  To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 180 are denied.

181. To the extent the allegations in Paragraph 181 do not relate to Avflight, a response is not required. Further, a response is not required because the allegations in Paragraph 181 state legal conclusions, and concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 181 of the Amended Complaint are denied. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

182. To the extent the allegations in Paragraph 182 do not relate to Avflight, a response is not required. Further, a response is not required because the allegations in Paragraph 182 state legal conclusions, and concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 182 of the Amended Complaint are denied. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

183. To the extent the allegations in Paragraph 183 do not relate to Avflight, a response is not required. Further, a response is not required because the allegations in Paragraph 183 state legal conclusions, and concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 183 of the Amended Complaint are denied. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

184. To the extent the allegations in Paragraph 184 do not relate to Avflight, a response is not required. Further, a response is not required because the allegations in Paragraph 184 state legal conclusions, and concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 184 of the Amended Complaint are denied. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

185. To the extent the allegations in Paragraph 185 do not relate to Avflight, a response is not required. Further, a response is not required because the allegations in Paragraph 185 state

legal conclusions, and concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 185 of the Amended Complaint are denied. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

## COUNT THREE

## VIOLATION OF SECTION 1 OF THE SHERMAN ACT, 15 U.S.C. § 1

### (Unlawful Restraint of Trade)

### AGAINST MONROE FOR INJUNCTIVE AND DECLARATORY RELIEF

186. Paragraph 186 of the Amended Complaint realleges and incorporates by reference the preceding allegations of the Amended Complaint.  To the extent a response is deemed required, Avflight realleges and incorporates by reference the preceding responses to Plaintiff's Amended Complaint as if reproduced herein *in extenso*.

187. Paragraph 187 of the Amended Complaint asserts a legal conclusion and does not relate to Avflight, so a response is not required.  To the extent a response is deemed required, the allegations in Paragraph 187 are denied.

188. Paragraph 188 of the Amended Complaint asserts a legal conclusion and does not relate to Avflight, so a response is not required.  To the extent a response is deemed required, the allegations in Paragraph 188 are denied.

189. Paragraph 189 of the Amended Complaint asserts a legal conclusion and does not require a response.  To the extent a response is deemed required, the allegations in Paragraph 189 are denied.

190. A response is not required because the allegations in Paragraph 190 assert legal conclusions. To the extent a response is deemed required and to the extent the allegations relate to Avflight, Avflight admits it is engaged in interstate commerce. All other allegations in Paragraph 190 are denied for lack of sufficient information to justify a belief therein.

191. The allegations in Paragraph 191 do not relate to Avflight and do not require a response. To the extent a response is deemed required, those allegations are denied for lack of sufficient information to justify a belief therein.

192. The allegations in Paragraph 192 do not relate to Avflight and do not require a response. To the extent a response is deemed required, those allegations are denied for lack of sufficient information to justify a belief therein.

193. Admitted that Avflight is currently the sole fuel provider at MLU, and that Avfuel is currently the sole fuel provider for Avflight. A response is not required for the remaining allegations in Paragraph 171 of the Amended Complaint because they do not relate to Avflight. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations are denied as stated.

194. The allegations in Paragraph 194 do not relate to Avflight and do not require a response. To the extent a response is deemed required and to the extent the allegations relate to Avflight, those allegations are denied.

195. The allegations in Paragraph 195 do not relate to Avflight and do not require a response. To the extent a response is deemed required and to the extent the allegations relate to Avflight, those allegations are denied.

196. The allegations in Paragraph 196 do not relate to Avflight and do not require a response. To the extent a response is deemed required and to the extent the allegations relate to Avflight, those allegations are denied.

197. The allegations in Paragraph 197, including all subparts, do not relate to Avflight and do not require a response.  To the extent a response is deemed required and to the extent the allegations relate to Avflight, those allegations, including all subparts, are denied.

198. The allegations in Paragraph 198 do not relate to Avflight and do not require a response. To the extent a response is deemed required and to the extent the allegations relate to Avflight, those allegations are denied.

199. The allegations in Paragraph 199, including all subparts, do not relate to Avflight and do not require a response.  To the extent a response is deemed required and to the extent the allegations relate to Avflight, those allegations, including all subparts, are denied.

200. The allegations in Paragraph 200 do not relate to Avflight and do not require a response. To the extent a response is deemed required and to the extent the allegations relate to Avflight, those allegations are denied.

201. The allegations in Paragraph 201 do not relate to Avflight and do not require a response. To the extent a response is deemed required and to the extent the allegations relate to Avflight, those allegations are denied.

202. The allegations in Paragraph 202 do not relate to Avflight and do not require a response. To the extent a response is deemed required and to the extent the allegations relate to Avflight, those allegations are denied.

**COUNT FOUR**

**VIOLATION OF LOUISIANA ANTITRUST LAWS**

**AGAINST MONROE FOR DAMAGES, INJUNCTIVE, AND DECLARATORY RELIEF**

**AGAINST AVFLIGHT AND AVFUEL FOR DAMAGES**

203. Paragraph 203 of the Amended Complaint realleges and incorporates by reference the preceding allegations of the Amended Complaint.  To the extent a response is deemed required, Avflight realleges and incorporates by reference the preceding responses to Plaintiff's Amended Complaint as if reproduced herein *in extenso*.

204. Paragraph 204 of the Amended Complaint asserts legal conclusions and requires no response.  To the extent a response is deemed required, those allegations are denied.

205. To the extent Paragraph 205 of the Amended Complaint does not relate to Avflight, it does not require a response.  To the extent a response is deemed required and to the extent the allegations relate to Avflight, it is admitted that Avflight is a participant in the market for aircraft fuel to the extent it is the FBO at MLU, but the remaining allegations in Paragraph 205 are denied.

206. The allegations in Paragraph 206 of the Amended Complaint do not relate to Avflight and do not require a response.  To the extent a response is deemed required, those allegations are denied.

207. To the extent the allegations in Paragraph 207 do not relate to Avflight, a response is not required. Further, a response is not required because the allegations in Paragraph 207 state legal conclusions, and concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 207 of the Amended Complaint are denied. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

208. To the extent Paragraph 208 of the Amended Complaint does not relate to Avflight, it does not require a response. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 208 are denied.

209. To the extent the allegations in Paragraph 209 do not relate to Avflight, a response is not required. Further, a response is not required because the allegations in Paragraph 209 state legal conclusions, and concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 209 of the Amended Complaint are denied. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

210. To the extent the allegations in Paragraph 210 do not relate to Avflight, a response is not required. Further, a response is not required because the allegations in Paragraph 210 state legal conclusions, and concern causes of action the District Court has dismissed under *Noerr-Pennington* doctrine. *See* Order, Doc. 66 at 27-28. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 210 of the Amended Complaint are denied. Avflight expressly denies that it engaged in any anticompetitive conduct with respect to DaveAir.

**COUNT FIVE**

**EQUAL PROTECTION UNDER THE U.S. CONSTITUTION**

**AGAINST MONROE FOR DECLARATORY AND INJUNCTIVE RELIEF AND**

**DAMAGES**

211. Paragraph 211 of the Amended Complaint realleges and incorporates by reference the preceding allegations of the Amended Complaint. To the extent a response is deemed

required, Avflight realleges and incorporates by reference the preceding responses to Plaintiff's Amended Complaint as if reproduced herein *in extenso*.

212. A response is not required because the allegations in Paragraph 212 concern a cause of action the District Court has dismissed. *See* Order, Doc. 66 at 36. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 212 of the Amended Complaint are denied.

213. A response is not required because the allegations in Paragraph 213 concern a cause of action the District Court has dismissed. *See* Order, Doc. 66 at 36. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 213 of the Amended Complaint are denied.

214. A response is not required because the allegations in Paragraph 214 concern a cause of action the District Court has dismissed. *See* Order, Doc. 66 at 36. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 214 of the Amended Complaint are denied.

215. A response is not required because the allegations in Paragraph 215 concern a cause of action the District Court has dismissed. *See* Order, Doc. 66 at 36. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 215 of the Amended Complaint are denied.

216. A response is not required because the allegations in Paragraph 216 concern a cause of action the District Court has dismissed. *See* Order, Doc. 66 at 36. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 216 of the Amended Complaint, including all subparts, are denied.

217. A response is not required because the allegations in Paragraph 217 concern a cause of action the District Court has dismissed. *See* Order, Doc. 66 at 36. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 217 of the Amended Complaint are denied.

218. A response is not required because the allegations in Paragraph 218 concern a cause of action the District Court has dismissed. *See* Order, Doc. 66 at 36. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 218 of the Amended Complaint are denied.

219. A response is not required because the allegations in Paragraph 219 concern a cause of action the District Court has dismissed. *See* Order, Doc. 66 at 36. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 219 of the Amended Complaint are denied.

220. A response is not required because the allegations in Paragraph 220 concern a cause of action the District Court has dismissed. *See* Order, Doc. 66 at 36. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 220 of the Amended Complaint are denied.

221. A response is not required because the allegations in Paragraph 221 concern a cause of action the District Court has dismissed. *See* Order, Doc. 66 at 36. To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 221 of the Amended Complaint are denied.

222. A response is not required because the allegations in Paragraph 222 concern a cause of action the District Court has dismissed. *See* Order, Doc. 66 at 36. To the extent a response

is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 222 of the Amended Complaint are denied.

## COUNT SIX

## UNFAIR TRADE PRACTICES

## AGAINST MONROE, AVFLIGHT AND AVFUEL FOR DAMAGES

223. Paragraph 223 of the Amended Complaint realleges and incorporates by reference the preceding allegations of the Amended Complaint.  To the extent a response is deemed required, Avflight realleges and incorporates by reference the preceding responses to Plaintiff's Amended Complaint as if reproduced herein *in extenso*.

224. A response is not required because the allegations in Paragraph 224 concern a cause of action the District Court has dismissed. *See* Order, Doc. 66 at 36.  To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 224 of the Amended Complaint are denied.

225. A response is not required because the allegations in Paragraph 225 concern a cause of action the District Court has dismissed. *See* Order, Doc. 66 at 36.  To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 225 of the Amended Complaint are denied.

226. A response is not required because the allegations in Paragraph 226 concern a cause of action the District Court has dismissed. *See* Order, Doc. 66 at 36.  To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 226 of the Amended Complaint are denied.

227. A response is not required because the allegations in Paragraph 227 concern a cause of action the District Court has dismissed. *See* Order, Doc. 66 at 36.  To the extent a response

is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 227 of the Amended Complaint, including all subparts, are denied.

228. A response is not required because the allegations in Paragraph 228 concern a cause of action the District Court has dismissed. *See* Order, Doc. 66 at 36.  To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 228 of the Amended Complaint are denied.

229. A response is not required because the allegations in Paragraph 229 concern a cause of action the District Court has dismissed. *See* Order, Doc. 66 at 36.  To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 229 of the Amended Complaint are denied.

230. A response is not required because the allegations in Paragraph 230 concern a cause of action the District Court has dismissed. *See* Order, Doc. 66 at 36.  To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 230 of the Amended Complaint are denied.

231. A response is not required because the allegations in Paragraph 231 concern a cause of action the District Court has dismissed. *See* Order, Doc. 66 at 36.  To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 231 of the Amended Complaint are denied.

232. A response is not required because the allegations in Paragraph 232 concern a cause of action the District Court has dismissed. *See* Order, Doc. 66 at 36.  To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations in Paragraph 232 of the Amended Complaint are denied.

**RELIEF SOUGHT**

233. The last, unnumbered Paragraph of the Amended Complaint contains Plaintiff's prayer for relief and does not require a response.  To the extent a response is deemed required and to the extent the allegations relate to Avflight, the allegations are denied.

234. Any allegations of fact in the Amended Complaint not expressly responded to by Avflight in the above paragraphs are denied.


**<u>AFFIRMATIVE DEFENSES</u>**

In further response to the Amended Complaint, Avflight asserts the following affirmative defenses:

1. DaveAir's Amended Complaint fails to state a claim against Avflight upon which relief can be granted.

2. To the extent that DaveAir has been damaged as alleged, which is specifically denied, then any such damages were not caused or contributed to by any fault or neglect or action on the part of Avflight or on the part of anyone for whom Avflight may be responsible.

3. To the extent that DaveAir has been damaged as alleged, which is specifically denied, then any such damages were proximately and legally the result of superseding and intervening occurrences, and/or acts, fault, want of care, negligence, contributory negligence, comparative negligence, or strict liability of third persons, parties, or entities over whom, or conditions over which, Avflight has no responsibility.

4. DaveAir failed to mitigate its damages.

5. DaveAir has not suffered any damages as a result of any anticompetitive practices or conduct aimed at maintaining or enhancing monopoly power.

6. Avflight specifically and affirmatively pleads DaveAir's fault, contributory negligence, and/or failure to mitigate damages.

7. Any award or judgment rendered in Plaintiff's favor must be reduced by the amount equivalent to collateral benefits and/or settlement monies paid to or on behalf of DaveAir.

8. Avflight has immunity under the *Noerr-Pennington* doctrine for the allegations against it.

9. Avflight does not possess monopoly power in the relevant market.

10. Any monopoly power of Avflight (which is denied) was the result of Avflight's legitimate business conduct and not the result of any willful anticompetitive practices or conduct aimed at maintaining or enhancing monopoly power.

11. Avflight did not engage in any conduct, combinations, or conspiracies in restraint of trade or commerce.

12. No actions of Avflight resulted in unreasonable restraint of trade or injured competition in the relevant market.

13. Avflight reserves the right to amend its answer to incorporate further affirmative defenses, as it deems necessary to its defense during or upon conclusion of investigation and discovery.

WHEREFORE, Avflight respectfully prays that its Answer and Affirmative Defenses be deemed to be good and sufficient, and that after due proceedings that judgment be entered and rendered in favor of Avflight, and against DaveAir, dismissing all of DaveAir's claims against Avflight, with prejudice, and at DaveAir's sole cost and expense.

Respectfully submitted,

*/s/ Elizabeth A. McGovern*
Ewell E. Eagan (Bar #5239), Lead Attorney
Phillip J. Antis, Jr. (Bar #29067)
Alex B. Rothenberg (Bar #34740)
Elizabeth A. McGovern (Bar #41342)
**GORDON, ARATA, MONTGOMERY,
  BARNETT, McCOLLAM,
  DUPLANTIS & EAGAN, LLC**
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
Telephone: (504) 582-1111
Facsimile: (504) 582-1121
Email:  eeagan@gamb.com
        pantis@gamb.com
        arothenberg@gamb.com
        emcgovern@gamb.com


John Philip Graf (#37701)
**GORDON, ARATA, MONTGOMERY,
  BARNETT, McCOLLAM,
  DUPLANTIS & EAGAN, LLC**
*Counsel for Avflight Monroe Corporation*


## CERFICIATE OF SERVICE

I certify that on this 19th day of December, 2025, the foregoing Answer and Affirmative Defenses was served on all counsel via the Court's CM/ECF system.

*/s/ Elizabeth A. McGovern*
Elizabeth A. McGovern