**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DAVEAIR, LLC** | **CASE NO. 24-1336** |
| **v.** | **JUDGE JERRY EDWARDS, JR.** |
| **THE CITY OF MONROE, ET AL.** | **MAGISTRATE JUDGE KAYLA D. McCLUSKY** |

### *EX PARTE* MOTION TO WITHDRAW COUNSEL OF RECORD

Plaintiff DaveAir, LLC respectfully moves this Court for an order withdrawing Jason W. Burge (La. Bar No. 30420) and Zoe C. Vogel (La. Bar No. 40982) of Fishman Haygood, LLP as counsel of record in the captioned case. Withdrawal is warranted because counsel for DaveAir Rebekka C. Veith has departed Fishman Haygood, and DaveAir has transferred its file with that firm to Ms. Veith's new firm, Miller Thibodeaux Dysart Veith & Paschal, LLC.

Ms. Veith and Kristen D. Amond will remain as counsel of record for DaveAir. Mr. Burge, Ms. Vogel, Ms. Veith, and Ms. Amond all consent to the filing of this Motion.

WHEREFORE, Plaintiff DaveAir, LLC respectfully prays for an order granting this Motion and withdrawing Jason W. Burge and Zoe C. Vogel as counsel of record.

Respectfully submitted on March 6, 2026,

*/s/ Rebekka C. Veith*
Rebekka Veith, La. Bar No. 36062
MILLER THIBODEAUX DYSART
VEITH & PASCHAL, LLC
643 Magazine Street, Ste. 405
New Orleans, LA 70130
(504) 977-9140 (Telephone)
(504) 977-9151 (Facsimile)
rveith@mtdvp.com

and

WITH CONSENT

*/s/ Jason W. Burge*
Jason W. Burge, La. Bar No. 30420
FISHMAN HAYGOOD, LLP
201 St. Charles Ave., 4600
New Orleans, LA 70180
(504) 586-5252 (Telephone)
(504) 586-5250 (Facsimile)
jburge@fishmanhaygood.com

Kristen D. Amond, La. Bar No. 37011
KRISTEN AMOND LLC
3640 Magazine Street
New Orleans, Louisiana 70115
Telephone: (504) 556-5523
Facsimile: (504) 556-5523
kristen@amondlaw.com


*DaveAir's counsel*

and

/s/ Zoe C. Vogel
_____
Zoe C. Vogel, La. Bar No. 40982
FISHMAN HAYGOOD, LLP
201 St. Charles Ave., 4600
New Orleans, LA 70180
(504) 586-5252 (Telephone)
(504) 586-5250 (Facsimile)
zvogel@fishmanhaygood.com

*Withdrawing counsel*