UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVEAIR, LLC** | **CASE NO. 24-1336** |
| v. | **JUDGE JERRY EDWARDS, JR.** |
| **THE CITY OF MONROE, ET AL.** | **MAGISTRATE JUDGE KAYLA D. McCLUSKY** |

**ORDER**

**CONSIDERING THE FOREGOING** *Ex Parte* Motion to Withdraw Counsel of Record filed by DaveAir, LLC;

**IT IS HEREBY ORDERED** that the *Ex Parte* Motion to Withdraw Counsel of Record is **GRANTED**;

**IT IS FURTHER ORDERED** that Jason W. Burge (La. Bar No. 30420) and Zoe C. Vogel (La. Bar No. 40982) are hereby withdrawn as counsel of record for DaveAir, LLC

Monroe, Louisiana, this ___ day of _____, 2026

_____
JUDGE